IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RICHARD KIRBY,

      Plaintiff,

v.                                                      No. CIV 08-659 JCH/LFG

ROBERT EZELL, SHANNON
McREYNOLDS, and MAJOR
HORTON,

      Defendants.

## ORDER GRANTING PLAINTIFF'S MOTION
## FOR EXTENSION OF TIME TO FILE OBJECTIONS

THIS MATTER comes before the Court on Plaintiff's Motion for Extension of Time to File Objections [Doc. 63]. No response is necessary.

Plaintiff states he was recently transferred to a different corrections facility and does not have all of his legal files with him at present, and he asks for a 30-day extension of time to file written objections to the Magistrate Judge's Analysis and Recommended Disposition. The extension as requested is reasonable and, Plaintiff having shown good cause,

IT IS THEREFORE ORDERED that Plaintiff's Motion for Extension of Time to File Objections [Doc. 63] is granted. Plaintiff will have until October 26, 2009 to file objections.

                                                          *Lorenzo F. Garcia*
                                                          Lorenzo F. Garcia
                                                           Chief United States Magistrate Judge